```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 30157
   KATHLEEN S MURO
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1080

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/05/2008 and was not confirmed.

     The case was dismissed without confirmation 01/07/2009.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------
EASTERN SAVINGS BANK      MORTGAGE NOTI   NOT FILED            .00            .00
EASTERN SAVINGS BANK      SECURED          199000.00           .00            .00
EASTERN SAVINGS BANK      MORTGAGE ARRE     22500.00           .00            .00
STEVEN DADAY              MORTGAGE NOTI   NOT FILED            .00            .00
MED BUSI BUR              UNSECURED       NOT FILED            .00            .00
NATIONWIDE CREDIT CO      UNSECURED       NOT FILED            .00            .00
NATIONWIDE CREDIT CO      UNSECURED       NOT FILED            .00            .00
NATIONWIDE CREDIT CO      UNSECURED       NOT FILED            .00            .00
SPOUSE                    NOTICE ONLY     NOT FILED            .00            .00
SPOUSE                    NOTICE ONLY     NOT FILED            .00            .00
SPOUSE                    NOTICE ONLY     NOT FILED            .00            .00
SPOUSE                    NOTICE ONLY     NOT FILED            .00            .00
SPOUSE                    NOTICE ONLY     NOT FILED            .00            .00
SPOUSE                    NOTICE ONLY     NOT FILED            .00            .00
SPOUSE                    NOTICE ONLY     NOT FILED            .00            .00
SPOUSE                    NOTICE ONLY     NOT FILED            .00            .00
BENJAMIN LEGAL SERVICES   DEBTOR ATTY           .00                           .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                          --------------         --------------
TOTALS                          .00                    .00


              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 30157 KATHLEEN S MURO
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE